**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO.: 1:26-CV-21587-KMM-MFE

FRANK GIORDANO,

        Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

## JOINT MOTION FOR EXTENSION OF CASE DEADLINES

Plaintiff, Frank Giordano, and The Prudential Insurance Company of America, by and through their attorneys, hereby jointly move to extend certain case deadlines by three (3) weeks.  In support of their joint motion, the Parties state as follows:

1.    Plaintiff seeks long-term disability ("LTD") benefits under an ERISA-governed employee welfare benefit plan. (ECF No. 1.)

2.    On April 29, 2026, the Court entered a Paperless Order of Referral to Mediation ("Mediation Order"). (ECF. No. 14.) Under the Mediation Order, the Parties are required to conduct mediation no later than eighty (80) days before the scheduled October 5, 2026 trial date. Accordingly, the Parties' current deadline to complete mediation is July 17, 2026.

3.    On April 29, 2026, the Court also entered a Paperless Order Scheduling Trial in Miami ("Scheduling Order"). ("ECF No. 13.) Under the Scheduling order, the Parties are required to file any pretrial motions, including motions for summary judgment, Daubert motions, and motions in limine, by July 17, 2026.

4.    The Parties have agreed to use Jack L. Townsend as the mediator. (ECF No. 15.)

5. August 17, 2026 is the first date that Mr. Townsend, the Parties, and counsel, are available to mediate.

6. Counsel for the Parties believe that, due to the unique nature of ERISA claims, a mediator with substantial ERISA experience and expertise is necessary, and have had past success with Mr. Townsend.

7. Accordingly, the Parties request a brief extension of the mediation and dispositive motion deadlines to allow the Parties to mediate with their preferred mediator and to focus their resources on resolving the matter rather than diverting resources to prepare potentially unnecessary dispositive motions. The Parties request the following extensions:

   a. August 17, 2026: Deadline to complete mediation; and

   b. September 7, 2026: Deadline to file dispositive motions.

8. The Parties understand the case is set for trial commencing the two-week trial period of October 5, 2026, with various trial-related deadlines associated with that trial date. While the Parties maintain that the disputed issues in this matter will likely be resolved through dispositive motions, they understand that the request to extend the mediation and dispositive motion deadline may necessitate a corresponding extension of the trial-related deadlines.

9. The parties have cleared and secured August 17, 2026, for the mediation with Mr. Townsend, in anticipation and hope that this joint motion will be granted.

10. This is the Parties' first request for an extension of the deadlines in the Mediation Order and Scheduling Order.

11. This motion is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, the parties request an extension of time up to and including August 17,

326272923v.2

2026, to conduct mediation, and September 7, 2026 to file dispositive motions.

***Respectfully submitted this __ day of June 2026,***

<table>
<tr>
<td>

*/s/ Hector R. Rivera*
Hector R. Rivera
hrivera@qpwblaw.com
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130
Tel: (305) 670-1101
Fax: (305) 670-1161
*Attorneys for Defendant*

</td>
<td>

*/s/ Emily Colares Quirino*
Emily Colares Quirino
emily@longtermdisability.net
Edward Philip Dabdoub
eddie@longtermdisability.net
Dabdoub Law Firm, PA
1600 Ponce de Leon Blvd, Suite 1202
Coral Gables, FL 33134
Tel: (305) 754-2000
Fax: (305) 754-2007
*Attorneys for Plaintiff*

</td>
</tr>
</table>

326272923v.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May __, 2025, I caused a true and correct copy of the foregoing

**JOINT MOTION FOR EXTENSION OF CASE DEADLINES** to be electronically filed with the Clerk of

the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of

record:

/s/ *Hector R. Rivera*
Hector R. Rivera, Esquire

326272923v.2