**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION
Case No.: 1:26-cv-21587-KMM

FRANK GIORDANO,

     Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

     Defendant.

_____/

## NOTICE OF MEDIATION

     Please take notice that the Parties, by and through undersigned counsel, hereby stipulate that they have agreed to a mediator and have scheduled a Mediation Conference with the following date, time and place of Mediation:

| | |
|---|---|
| **Date & Time**: | August 17, 2026 at 1:00 p.m. (EST) |
| **Mediator**: | Jack L. Townsend, Sr., Esq. |
| **Location**: | Law Office of Jack L. Townsend Sr., P.A. via videoconference |

*Respectfully Submitted on this 8th day of June 2026.*

/s/ *Hector R. Rivera*
Hector R. Rivera (FBN 882453)
hrivera@qpwblaw.com
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130
Tel: (305) 670-1101
Fax: (305) 670-1161
*Attorneys for Defendant*

/s/ *Emily C. Quirino*
Emily C. Quirino (FBN. 1031320)
emily@longtermdisability.net
Edward Philip Dabdoub (FBN. 45685)
eddie@longtermdisability.net
DABDOUB LAW FIRM, P.A.
1600 Ponce de Leon Blvd., Suite 1202
Miami, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007
*Attorneys for Plaintiff*